# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**Randolph Berry,**  Civil No.  05-1146 (RHK/JSM)

        **Plaintiff,**  **ORDER OF DISMISSAL WITH PREJUDICE**

vs.

**Belgrade Property Services, Inc.,**

        **Defendant.**

---

The parties in this action have stipulated, through their respective counsel, that the above-captioned action may be dismissed with prejudice and without costs to any party.  The Stipulation of Dismissal is filed as Document Number 11.

**IT IS HEREBY ORDERED:**

1.  Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** and without costs to either party; and

2.  There being no just reason for delay, the Clerk of Court is directed to enter a judgment of dismissal with prejudice in favor of Defendant and against Plaintiff.

**LET JUDGMENT BE ENTERED FORTHWITH.**

Dated:  January 18, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge